UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
CORDEL STEPHEN SMITH,

                Plaintiff,                    22 **CIVIL** 8586 (SN)

      -v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 12, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Counsel will remand the case to the Administrative Law Judge for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing and issuing a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993). Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is REVERSED, and this action is REMANDED to the Commissioner of Social Security for further administrative proceedings.

**Dated:** New York, New York

      September 13, 2023

                                                   **RUBY J. KRAJICK**
                                                    Clerk of Court

                              **BY:**

                                                     **Deputy Clerk**